**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By: John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 73.195.83.86,<br><br>               Defendant. | Case No. 3:17-cv-13351-BRM-TJB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant

John Doe, subscriber assigned IP address 73.195.83.86, are voluntarily dismissed with prejudice.

DATED: May 16, 2018                    Respectfully submitted,

**FOX ROTHSCHILD LLP**

*Attorneys for Plaintiff,
Strike 3 Holdings, LLC*

<u>/s/ John C. Atkin, Esq.</u>
John C. Atkin, Esq.

It is so ordered this 18th day of July 2018
Brian R. Martinotti, U.S.D.J.